Respondent.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CARMELO CANDILORO, Appellant, v. CHARLES WEITZ, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BANIT REALTY Co., INC., Respondent, v. FT. WASHINGTON THEATRE Co., INC., Appellant.— Order modified as directed in order and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES S. HIRSCH and Others, Respondents, v. SOLOMON M. SCHATZKIN, Appellant, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CENTRAL UNION TRUST COMPANY OF NEW YORK, Respondent, v. HOUSTON CONSTRUCTION COMPANY, INC., and Others, Defendants, Impleaded with 312 5TH AVENUE REALTY CORPORATION, Appellant.— Order modified by striking out the paragraph thereof numbered " 4," and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH E. ROACH, Appellant, v. PETER SCHMUCK, as Presiding Justice of the City Court of the City of New York, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALLACE S. JACOBS, Appellant, v. ALBERT STEIGLITZ and Others, Respondents. BARNETT COHEN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TIMOTHY J. HARRINGTON, Respondent, v. SHULTS BREAD Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PHILIP K. DALTON, Appellant, v. ALICE DALTON, Respondent.— Order modified by striking out the provision for alimony, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STEPHEN H. JACKSON, Plaintiff, v. PEARL PEGG, INC., and Others, Defendants. In the Matter of the Application of MARY LAHL for an Order Vacating and Setting Aside the Order, etc., Discharging HERMAN HOFFMAN, as Receiver of the Rents, etc., of Premises 2015 Belmont Avenue in the County of Bronx, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NOVELTY SLIPPER Co., INC., Respondent, v. SAMUEL KROHNBERG and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and